IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ MAR 25 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAJESH SRIRAMAN,

                                 Plaintiff,

   -against-

SHASHIKANT PATEL,

                                Defendant.
-----------------------------------------------------------------X

AMENDED JUDGMENT
09-CV- 5531 (BMC)

       A Memorandum Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on March 24, 2011, granting in part and denying in part plaintiff's motion to alter or amend the judgment dated January 21, 2011, pursuant to Federal Rule of Civil Procedure 59(e); and directing the Clerk of Court to enter an Amended Judgment, awarding plaintiff $222,300.00 plus 1.83% interest compounded annually from June 30, 2008 to January 20, 2011; it is

       ORDERED and ADJUDGED that plaintiff's motion pursuant to Federal Rule of Civil Procedure 59(e) to alter or amend the judgment dated January 21, 2011, is granted in part and denied in part; and that an Amended Judgment is hereby entered in favor of plaintiff, Rajesh Sriraman, and against defendant, Shashikant Patel, awarding plaintiff $222,300.00 plus 1.83% interest compounded annually from June 30, 2008 to January 20, 2011.

Dated: Brooklyn, New York
          March 25, 2011

/s/
_____
ROBERT C. HEINEMANN
Clerk of Court